[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
3/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CRL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Christopher-Cannon: Bey TTEE
VAST/VAS ESTATE EXPRESS TRUST
10105905

v.

Defendant(s) City of Chicago et al
Officer Danny Guzman
Badge #17279

Case Number: 21 CV 606

Judge: HONORABLE Edmond E. Change

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, CQ/C, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   
   SEE ATTACHED LIST
   
   but I have been unable to find an attorney because:
   
   THEY REFUSE TO TAKE THE CASE.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.
   
   *(Earlier:)*
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

  ☐ Grammar school   ☐ Some high school   ☒ High school graduate
  ☐ Some college     ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_L. Cam: Bey_
Signature of Movant

_1499 Martin Luther King Dr Suite 64102_
Street Address

_MAR 1, 2021_
Date

_Gary Province Indiana 46401_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me: _N/A_

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No ||
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No ||
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No ||

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# AFFIDAVIT OF THE FACTS

### 2007 FORD EDGE

## Affidavit in support of Motion for Attorney Assistance

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

"In deed, no more than (affidavit) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, and 526 (7th Cir, 1981) Cert Denied, 50 U.SLW. 2169; U.S.L.W. March 22, 1982.

Affiant being of sound mind and over the age of twenty-one being first duly sworn under the penalty or perjury. Certify on unlimited commercial liability that, the contents are of affiant's own firsthand knowledge. Affiant does solemnly swear, depose say and declare; that affiant has personal knowledge and belief of the facts stated herein. That affiant is competent to state the matter set forth herein; that affiant has personal knowledge and belief of the facts stated herein; and all facts stated herein are true, correct, and complete, nor misleading, the truth, the whole truth, and noting but the truth.

1) Affiant states that Affiant all statements, exhibit, law, and facts are true and correct.

2) Affiant states that Trustee has exhausted trying to find attorney to represent case.

3) Affiant states that attorneys repeatedly deny taking case for various reasons

4) Affiant states that attorneys repeatedly deny taking case saying it's not worth the time or the money.

1

5) Affiant states that Trustee has taken this case as far as Trustee can take it not being a Bar Attorney.

6) Affiant prays the honorable court can assist in finding suitable council or Plaintiff may be denied an opportunity for due process.

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (November 24, 2020.

(Signature)". (Print)".

By *[signature: Christopher-Cannon Bey]*     Christopher-Cannon Bey

2

# Attorney Attachment List

1.) * Price, Waicukauski, Joven & Catlin LLC
   301 Massachusetts Ave
   Indianapolis, IN 46204
   (317) 633-8787

2.) * Randy A. Godshalk
   7127 Indianapolis Blvd
   Hammond, IN 46324
   (219) 844-1300
   Spoke with Randy

3.) Ritzi Law LLC
   1322 119th
   Whiting, IN 46394
   (219) 659-0800
   Message left/ No returned call

4.) * Law Offices of David Gladish, P.C.
   3235 45th Street
   Highland, IN 46322
   (219) 351-8235
   Spoke with Pam

5.) Jay Meisenhelder Employment &
   Civil Rights Legal Services, P.C.
   650 N Girls School Rd d40
   Indianapolis, IN 46214
   (317) 231-5193
   (317) 643-7067

6.) Power &Cronin, LTD

900 Commerce Dr.

#300, Oak Brook, Il 60523

630-571-2001

7.) _Law Office of McLaughlin & Associates, P.C_

495 North Commons Dr. #103

Aurora, Il 60504

630-230-8434

8.) _T.J Jesky_

200 West Madison Suite 2100

Chicago, Illinois 60606 (312) 894-0130

9.) _O'Flaherty Law_

5002 Main St. Ste 201

Downers Grove, Illinois 60515

630-324-6666

10.) _Anthony J. Madonia_

312-578-9300

Corporate Law and Commercial Litigation

11.) _LA Lubin Austermuehle_

Chicago Office

1 South Wacker Dr. #3140

Chicago, Illinois 60606

630-333-0333

12.) *Manetti & Griffith, LTD*

Business Attorneys and Litigation Lawyers

2021 Midwest Road, Suite 200

Oak Brook, Illinois 60523

630-590-5400


13.) *Lavelle Law*

141 West Jackson Boulevard, Ste 2800

Chicago, Illinois 60604

312-332-7555


14.) *Brian C Cichon*

3601 McDonough Street,

Joliet, Illinois 60431

815-727-0100


15.) *Thomas J. Hester* Rockford,

Illinois

815-490-4980


16.) *Lustig & Wickert, PC*

3400 Dundee RD

North Brook, Illinois 60062-2350

847-509-9090

17. *Power &Cronin, LTD*

900 Commerce Dr.

#300, Oak Brook, Il 60523

630-571-2001


18. *Law Office of McLaughlin & Associates, P.C*

495 North Commons Dr. #103

Aurora, Il 60504

630-230-8434


19. *John W. Noble*

Morris James LLP, 500 Delaware, STE 1500

Wilmington, Delaware

302-888-6940


20. *Mark V. Purpura*

Richards, Layton & Finger

One Rodney Square,

920 North King St.

Wilmington, Delaware

302-651-7588


21. *Timothy J. Houseal*

Young Conaway Stargatt & Taylor LLP Rodney

Square , 1000 N. King St

302-571-6652

## Certificate of Service

The undersigned hereby certifies that a copy of foregoing **Motion for Attorney Represented, Affidavit Supporting Motion for Attorney Representation**, **Affidavit to Support Emergency Motion for U.S. Marshal to Retrieve Evidence** was served upon the following Defendants by U.S. Mail to the following:

**City of Chicago, Municipal Corporation**
121 N. LaSalle Street
Chicago City Hall 4thth Floor Room 406
Province of Illinois [60602]

**Danny Guzman badge # 17279**
3315 W. Ogden
Province of Illinois [60623]
**Defendant(s),**

**President, Christopher H – Cannon: Bey (TTEE)**
on behalf of
**Vast/Vas Estate Express Trust No. 10105905**
P.O. Box 436885
Province of Illinois [60643]
Telephone: 202-569-0506
Email: Presidentusar@gmail.com
Plaintiffs,

By: /s/ _Christopher H-Cannon Bey_
President, Christopher H – Cannon: Bey (TTEE)