Case: 1:21-cv-00606 Document #: 5 Filed: 03/04/21 Page 1 of 2 PageID #:183

1:21-cv-00606



FILED
3/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CRL

## AFFIDAVIT OF THE FACTS

### 2007 FORD EDGE

## Affidavit in support of Emergency Motion

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

"In deed, no more than (affidavit) is necessary to make the prima facie case." United States v. Kis. 658 F.2nd, and 526 (7th Cir, 1981) Cert Denied, 50 U.SLW. 2169; U.S.L.W. March 22, 1982.

Affiant being of sound mind and over the age of twenty-one being first duly sworn under the penalty or perjury. Certify on unlimited commercial liability that, the contents are of affiant's own firsthand knowledge. Affiant does solemnly swear, depose say and declare; that affiant has personal knowledge and belief of the facts stated herein. That affiant is competent to state the matter set forth herein; that affiant has personal knowledge and belief of the facts stated herein; and all facts stated herein are true, correct, and complete, nor misleading, the truth, the whole truth, and noting but the truth.

1) Affiant states that Affiant all statements, exhibit, law, and facts are true and correct.

2) Affiant states that Officials did tow Petitioners vehicle when the vehicle is in fact exempt under ILLINOIS Driving Statutes and owned by a tax exempt trust .

3) Affiant states that the procedures were chronologically wrong no judgment, warrant, or court order was issued by a court to seize the License Plates of the vehicle, the driver's license, or registration.

4) The undersigned, Christopher-Cannon: Bey, hereinafter "Affiant" after being duly sworn does herewith assert and declare that Affiant issues this **AFFIDAVIT OF** Christopher-Cannon: Bey (ttee) with sincere intent, that Affiant is competent to testify and state the matters set forth herein and is willing to testify with firsthand knowledge, all contents herein are true, correct, and complete in accordance with Affiant's knowledge, understanding, and intent. Affiant is of sound mind, and over the age of twenty-one. Affiant reserves all rights.

**Affiant declares and duly affirms**:

5) On the Twenty-fourth day of November 2020, Christopher H-Cannon: Bey(ttee), while driving in a Government and State-owned vehicle, owned by United States of America Republic (TTEE), was stopped by the Defendant(s) without probable cause, in violation of **Title 18 USC §§241, 242**, and therefore should be held liable under **Title 42 USC §1983.**

6) Defendant(s) deny Beneficiaries of the use of Trust Property by towing and then not releasing the Trust property to trustee. Defendant(s) actions breached an Irrevocable Grantors Trust causing irreparable injury to Beneficiaries. Violating 14th Amendment and Trust fee schedule.

7) The Affiant prays for the court to issue the emergency motion to prevent further injury to the Beneficiaries.

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (November 24, 2020.

(Signature)". (Print)".

By _[signature: Christopher-Cannon Bey]_    _[signature: Christopher Cannon Bey]_

2