UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



| | |
|---|---|
| **President, Christopher H- Cannon: Bey (TTEE)** <br> On behalf of <br> **VAST/VAS ESTATE EXPRESS TRUST** <br> **# 10105905 AUGUST 01, 1928** <br> **PLAINTIFF(S),** <br><br><br> -Vs. - <br><br> **City of Chicago, Municipal Corporation** <br> **Chicago Police Officers** <br> **Danny Guzman badge # 17279** and <br> **Other unknown officers** <br> **Defendant(s),** | CASE #: 1:21-CV-00606 <br><br><br><br><br><br> MOTION FOR SUMMARY JUDGMENT |

NOW COMES, President, Christopher H- Cannon: Bey (TTEE) (hereinafter referred to as the "Plaintiff"), and pursuant to **Rule 56** of the Federal Rules of Civil Procedure, hereby prays for an order granting summary judgment against the **City of Chicago, Municipal Corporation, Danny Guzman badge # 17279** on the grounds that the "Plaintiff" is entitled to judgment as a matter of law because there is no genuine issue as to any material fact as established by the pleadings, the Affidavit of the "Plaintiff" and any other relevant materials in this case.

This the 4th _day_ of May, 2021.

                                         **President Christopher H- Cannon: Bey (TTEE)**
                                         P.O. Box 1499
                                         Martin Luther King Driver
                                         Suite 64102
                                         Province Indiana 46401
                                         Telephone: 202.569.0506
                                         Email: Presidentusar@gmail.com

## **CERTIFICATE OF SERVICE**

I, Christopher – Cannon: Bey, hereby certify that I have served the attached document by causing it to be delivered via ECF to all counsel and parties of record on this 4th day of May 2021

**City of Chicago, Municipal Corporation**
121 N. LaSalle Street
Chicago City Hall 4th Floor Room 406
*Province Illinois [60602]*

**Danny Guzman badge # 17279**
3315 W. Ogden
Chicago, Province Illinois [60623]

**/s/** President Christopher H- Cannon: Bey (TTEE)
P.O. Box 1499
Martin Luther King Driver
Suite 64102
Province Indiana 46401
Telephone: 202.569.0506
Email: Presidentusar@gmail.com