# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: President Christopher- Cannon: Bey (TTEE) v. City of Chicago    Case Number:    21cv611

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented) Defendants

President Christopher- Cannon: Bey, Vast/Vas Estate Express Trust #10105905

FILED 7/9/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT    GW

| | |
|---|---|
| NAME (Type or print) <br> Damien- Holmon: Bey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Damien- Holmon: Bey | |
| FIRM <br> Attorney General, United States of America Republic Office of Attorney General | |
| STREET ADDRESS    P.O. Box 12544 | |
| CITY/STATE/ZIP <br> Province Illinois [60612] | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 8825350 | TELEPHONE NUMBER (708) 247-4504 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL        APPOINTED COUNSEL        ELECTED COUNSEL (X) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I filed the foregoing document with the Court Clerk for the Northern District of Illinois through the Court's CM/ECF system. As a result, electronic copies of the foregoing were served upon all attorneys of record.

I further certify that I placed a copy of the foregoing document in the U.S. Mailbox at 2 N. LaSalle, Chicago, IL, postage prepaid to the following individual:

Christopher H-Cannon: Bey(TTEE)
P.O. Box 436885
Province Illinois 60643

*Damien- Holmon: Bey*
U.S.A.R. Attorney General
P.O. Box 12544
Province Illinois 60612

*/s/ Damien- Holmon: Bey*
Damien- Holmon: Bey
U.S.A.R. Attorney General